IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES LEE WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>        Defendants. | Case No. 1:20-cv-00215-MLB-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF TRANS UNION LLC

TO THE HONORABLE JUDGE BROWN:

James Lee Walker, and Defendant Trans Union LLC, hereby file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between James Lee Walker and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

1

4265728.1

Respectfully submitted,

/s/ *Jonathan B. Mason*
Jonathan B. Mason
Georgia Bar No. 475659
MASON LAW GROUP, P.C.
1100 Peachtree Street, NE, Suite 200
Atlanta, GA 30309
Telephone: (404) 920-8040
Facsimile:  (404) 920-8039
jmason@atlshowbizlaw.com
**Counsel for Plaintiff**

/s/ *Michael Merar*
Michael Merar
Georgia Bar No. 966038
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
mmerar@qslwm.com
**Counsel for Trans Union LLC**

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that Defendant Trans Union LLC's Stipulation of Dismissal with Prejudice has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ *Michael Merar*
Michael Merar

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Jonathan B. Mason<br>jmason@atlshowbizlaw.com<br>Mason Law Group, P.C.<br>1100 Peachtree Street, NE<br>Suite 200<br>Atlanta, GA 30309<br>(404) 920-8040<br>(404) 920-8039 Fax<br>*Counsel for Plaintiff* | Lewis Perling<br>LPerling@KSLaw.com<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>(404) 572-3079<br>(404) 572-5172 Fax<br>*Counsel for Equifax*<br>*Information Services, LLC* |

/s/ *Michael Merar*
Michael Merar